[No. 15513–0–I.  Division One.  September 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A. HEATON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–1–00101–8, Jack S. Kurtz, J., entered September 12, 1984. *Affirmed* by unpublished opinion per

Swanson, J., concurred in by Coleman and Webster, JJ.